STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2000

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     vs.                            )<br>                                    )<br> FILIPO SIONE MATAU,        (01)    )<br> FAALILI AFELE, also        (02)    )<br>  known as "Feilisie                )<br>  Topuola" and "Jacob Motu",        )<br>                                    )<br>            Defendant.              )<br>_____) | CRIM. NO. CR00-00473 SOM<br><br>INDICTMENT<br>[21 U.S.C. 841(a)(1)] |

### INDICTMENT

#### Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about December 4, 2000 in the District of Hawaii and elsewhere, defendants:

**FILIPO SIONE MATAU** (hereinafter "Matau") and
**FAALILI AFELE**, also known as "Feilisie Topuola" and "Jacob Motu" (hereinafter "Afele"),

and others known and unknown to the Grand Jury knowingly and

intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

(1) On or about December 4, 2000, Matau travelled to Honolulu, Hawaii, from Los Angeles, California.

(2) On or about December 4, 2000 at the Honolulu International Airport, Hawaii, Matau possessed methamphetamine in his handcarried bag.

(3) On or about December 4, 2000, Afele waited at the Honolulu International Airport, Hawaii.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

On or about December 4, 2000 in the District of Hawaii, defendants:

**FILIPO SIONE MATAU** and
**FAALILI AFELE**, also known as "Feilisie Topuola" and "Jacob Motu"

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II

2

controlled substance,

In violation of Title 21, United States Code, Sections 841(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 3:

On or about December 4, 2000 in the District of Hawaii, defendant:

**FAALILI AFELE**, also known as "Feilisie Topuola" and "Jacob Motu",

having been convicted in State of Hawaii, First Circuit Court Criminal No. 91-1723 of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce:

A firearm, to wit: one (1) Colt MK5 Series 70 Government Model, semi-automatic pistol (.45 ACP caliber), Serial #70B11750; and

Ammunition, to wit: approximately ~~seven (7)~~ fifteen (15) [LAS] rounds in .45 ACP and 9mm Luger calibers,

In violation of Title 18, United States Code, Sections

3

922(g) and 924(a)(2).

DATED: Honolulu, Hawaii, December 14, 2000.

/s/
_____
GRAND JURY FOREPERSON

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
LORETTA SHEEHAN
Assistant U.S. Attorneys

<u>USA v. Matau & Afele</u>, USDC-Hawaii, Indictment.

4